FILED
February 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(1) YURIBETZI DEL VALLE GOMEZ-MACHUCA<br>*Defendant,* | No. SA:25-M-00200(1)<br><br>*Ref: 3:25-CR-22(3)* |

## ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

**(1) YURIBETZI DEL VALLE GOMEZ-MACHUCA**, charged in a proceeding pending in the

**MIDDLE DISTRICT OF TENNESSEE**

**Nashville** DIVISION for ,

**18:371**

and having been arrested in the San Antonio Division.

**YOU ARE HEREBY COMMANDED** to remove **(1) YURIBETZI DEL VALLE GOMEZ-MACHUCA** forthwith to the **Middle District of Tennessee, Nashville** DIVISION, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

**ORDERED** at SAN ANTONIO, Texas on **11th day of February, 2025**.

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**